# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN IGNACIO LOPEZ,<br><br>       Petitioner,<br><br>  v.<br><br>S.M. SALINAS, Warden<br><br>       Respondent. | 1:10-cv-02325-DLB (HC)<br><br>ORDER DIRECTING RESPONDENT TO RE-SERVE ANSWER ON PETITIONER AT NEW ADDRESS OF RECORD<br><br>[Doc. 14] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 305(b).

On February 15, 2011, Respondent filed an answer to the instant petition for writ of habeas corpus. Just three days later, on February 18, 2011, Petitioner filed a notice of change of address. Because Petitioner was served at his prior address of record, the Court HEREBY DIRECTS Respondent to re-serve Petitioner at his new address of record as reflected in Court Document Number 16. Petitioner has thirty days from the date Respondent re-serves the answer to file a traverse.

IT IS SO ORDERED.

    Dated:   **March 24, 2011**               /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE